CSD 1099 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Judith A. Descalso CBN103211
LAW OFFICE OF JUDITH A. DESCALSO
960 Canterbury Pl., Ste. 340
Escondido, CA 92025
Ph: (760) 745-8380  email: jad@jdescalso.com
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

MUSHROOM EXPRESS, INC.

BANKRUPTCY NO. 16-6447-CL11

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- ☐ Schedules A/B - J
- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- ☐ Chapter 7 Statement of Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Chapter 13 Plan
- ☐ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt
- ☐ Creditors Holding Secured Claims by Property
- ☐ Creditors Holding Unsecured Priority and/or Non-priority Claims:
- ☐ Schedule of Executory Contracts & Unexpired Leases
- ☐ Schedule of Co-Debtors
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Other - Balance Sheet, Cash Flows, Statement of Operations

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated: 11/18/16                    Signed: /s/ Judith A. Descalso
                                                        Attorney for Debtor
I[We]  Marvin Donius, President   and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of ____ pages, and on the creditor matrix, if any, is true and correct.

Dated: 11/18/16

_____          _____
              *Debtor                                                       *Joint Debtor
*Pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099                                                                    Refer to Instructions on Reverse Side

## INSTRUCTIONS

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____11/18/16_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐  Chapter 7 Trustee:

☑  For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐  For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐  For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail or Overnight Mail:**

On _____ ,I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

CSD 1099

CSD 1099 (Page 3) [12/01/15]

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   11/18/16                         /s/ Judith A. Descalso
              (Date)                           (Typed Name and Signature)

                                               960 Canterbury Pl., Ste. 340
                                               (Address)

                                               Escondido, CA 92025
                                               (City, State, ZIP Code)

CSD 1099

5:17 PM
11/16/16

# Mushroom Express, Inc.
## Statement of Cash Flows
January 1 through October 24, 2016

|  | Jan 1 - Oct 24, 16 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -476,147.17 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| Accounts Receivable | 144,915.68 |
| Advance- expenses | 6.92 |
| Advance- expenses:Adrian Leyva | 350.00 |
| Advance- expenses:Alejandro Lemus | 100.00 |
| Advance- expenses:Bill Ragan | 420.00 |
| Advance- expenses:Daniel Adjar | 180.00 |
| Advance- expenses:Enrique Romero | 635.00 |
| Advance- expenses:Eric A. Romo | 150.00 |
| Advance- expenses:Fernando Romero | 125.00 |
| Advance- expenses:Francisco Zavala | 600.00 |
| Advance- expenses:Gabriel Lemus | 55.00 |
| Advance- expenses:Gustavo Santiesteban | 40.00 |
| Advance- expenses:Jessie Delgadillo | 150.00 |
| Advance- expenses:Joaquin Hernandez III | -5.00 |
| Advance- expenses:John Ybarra | 45.00 |
| Advance- expenses:Jose Antonio Ramirez | 100.00 |
| Advance- expenses:Jose Carrasco | 230.00 |
| Advance- expenses:Lino Garcia | 310.00 |
| Advance- expenses:Lionel Olguin | 200.00 |
| Advance- expenses:Miguel Gonzales | 260.00 |
| Advance- expenses:Nicolas Ulloa | 100.00 |
| Advance- expenses:Robert Skelton | 100.00 |
| Advance- payroll | -1,904.85 |
| Due from Fernando Romero | 355.75 |
| Due from Gustavo Santiesteban | 350.00 |
| Due from Eva Carrasco | -75.00 |
| Due from Jorge Ramirez Luna | 30.00 |
| Due from Robert Hernandez | 40.00 |
| Due from VC Pallets Inc | -700.00 |
| Inventory - Greenhouse Plants | -40,000.00 |
| Ryder Truck/Trailer Deposits | -600.00 |
| Accounts Payable | -116,459.73 |
| California Gas (Los Primos) | 1,229.88 |
| Citibank | 1,482.31 |
| ACE Funding | 39,227.00 |
| Due to State of CA | -294.88 |
| Forward Financing LLC | 439.15 |
| New Logic Wesbank | 138,988.59 |
| Payroll Liabilities | 58.78 |
| Payroll Liabilities:California PIT (EE) | 1,889.29 |
| Payroll Liabilities:Employment Training Tax (ER) | 357.02 |
| Payroll Liabilities:Federal Withholding (EE) | 42,985.00 |
| Payroll Liabilities:FUTA (ER) | 1,647.47 |
| Payroll Liabilities:SS & Medicare (total) | 91,486.16 |
| Payroll Liabilities:State Disability (EE) | 1,032.05 |
| Payroll Liabilities:State Unemployment Tax (ER) | -632.03 |
| PIRS Capital LLC | -5,352.92 |
| Richmond Capital | -5,000.00 |
| TVT CAPITAL | 91,306.00 |
| Yellow Stone Capi. | 69,806.00 |
| **Net cash provided by Operating Activities** | **-15,388.53** |
| **INVESTING ACTIVITIES** | |
| Furniture and Equipment | -7,000.00 |
| Tractors and Trailers | -203.32 |
| **Net cash provided by Investing Activities** | **-7,203.32** |

Page 1

5:17 PM
11/16/16

# Mushroom Express, Inc.
## Statement of Cash Flows
### January 1 through October 24, 2016

|  | Jan 1 - Oct 24, 16 |
|---|---:|
| **FINANCING ACTIVITIES** |  |
| Kabbage Inc | 47,000.00 |
| Marvin Donius (Draws/Payments) | 173,448.84 |
| **Net cash provided by Financing Activities** | 220,448.84 |
| **Net cash increase for period** | 197,856.99 |
| **Cash at beginning of period** | -15,398.14 |
| **Cash at end of period** | 182,458.85 |

5:15 PM
11/16/16
Accrual Basis

# Mushroom Express, Inc.
## Balance Sheet
### As of October 24, 2016

|  | Oct 24, 16 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America | -19,413.05 |
| BOA- Payroll | -135,767.78 |
| ComData Cash Account | 53,900.62 |
| E-ZPass Delaware | 53,712.28 |
| Petty Cash | -10,908.73 |
| PikePass | 6,195.77 |
| Valley Center Pallets | 58,518.75 |
| **Total Checking/Savings** | 6,237.86 |
| **Accounts Receivable** | |
| Accounts Receivable | 78,837.33 |
| **Total Accounts Receivable** | 78,837.33 |
| **Other Current Assets** | |
| Advance- expenses | |
| Francisco Zavala | -600.00 |
| John Ybarra | 5.00 |
| Luis E. Cortez | 200.00 |
| Advance- expenses - Other | -6.92 |
| **Total Advance- expenses** | -401.92 |
| Advance- payroll | 996.51 |
| Cash Bond | 9,250.00 |
| Collections / Davalan Brokerage | 31,233.89 |
| Due from Francisco Alcaraz | 200.00 |
| Due from Sergio Perez | 340.00 |
| Due from Eric Wansa | 225.00 |
| Due from Eva Carrasco | 2,175.00 |
| Due from Fco Javier Alzate | 210.00 |
| Due from Giovanni Solis | 30.00 |
| Due from Jose Barba | 475.00 |
| Due from Larry Vincent | 554.75 |
| Due from Nicolas Martinez | 250.00 |
| Due from Ronald Harris | 937.00 |
| Due from VC Pallets Inc | 1,742.51 |
| Inventory - Greenhouse Plants | 40,000.00 |
| Ryder Truck/Trailer Deposits | |
| New 2015 Trailers | 7,234.00 |
| Ryder #30 | 7,500.00 |
| Ryder #31 | 3,660.00 |
| Ryder #32 | 3,700.00 |
| Ryder #33 | 3,700.00 |
| Ryder #34 | 3,700.00 |
| Ryder #35 | 8,086.00 |
| Ryder #36 | 2,000.00 |
| Ryder #47 | 4,406.00 |
| Tractor #11 | 9,000.00 |
| Tractor #12 | 9,000.00 |
| Tractor #13 | 9,000.00 |
| Tractor #14 | 9,000.00 |
| Trailer #13 | 4,043.00 |
| Trailer #14 | 4,043.00 |
| Ryder Truck/Trailer Deposits - Other | 40,266.00 |
| **Total Ryder Truck/Trailer Deposits** | 128,338.00 |
| Undeposited Funds | 176,170.99 |
| **Total Other Current Assets** | 392,726.73 |
| **Total Current Assets** | 477,801.92 |

Page 1

5:15 PM
11/16/16
Accrual Basis

## Mushroom Express, Inc.
## Balance Sheet
### As of October 24, 2016

|  | Oct 24, 16 |
|---|---:|
| **Fixed Assets** |  |
| Furniture and Equipment | 7,000.00 |
| Tractors and Trailers | 3,614.26 |
| **Total Fixed Assets** | 10,614.26 |
| **TOTAL ASSETS** | **488,416.18** |
| **LIABILITIES & EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 239,631.89 |
| **Total Accounts Payable** | 239,631.89 |
| Credit Cards |  |
| California Gas (Los Primos) | 1,229.88 |
| Citibank | 1,482.31 |
| **Total Credit Cards** | 2,712.19 |
| Other Current Liabilities |  |
| ACE Funding | 39,227.00 |
| Due to State of CA | -244.94 |
| Due to State of TX | -0.11 |
| Expenses in Litigation | 42,850.00 |
| Forward Financing LLC | 439.15 |
| New Logic Wesbank | 138,988.59 |
| Payroll Liabilities |  |
| California PIT (EE) | 6,077.72 |
| Employment Training Tax (ER) | 356.24 |
| Federal Withholding (EE) | 212,181.00 |
| FUTA (ER) | 5,333.42 |
| SS & Medicare (total) | 556,872.30 |
| State Disability (EE) | 2,628.54 |
| State Unemployment Tax (ER) | 1,348.05 |
| Payroll Liabilities - Other | 58.78 |
| **Total Payroll Liabilities** | 784,856.05 |
| PIRS Capital LLC | -5,352.92 |
| Richmond Capital | -5,000.00 |
| TVT CAPITAL | 91,306.00 |
| Yellow Stone Capi. | 69,806.00 |
| **Total Other Current Liabilities** | 1,156,874.82 |
| **Total Current Liabilities** | 1,399,218.90 |
| Long Term Liabilities |  |
| Kabbage Inc | 47,000.00 |
| **Total Long Term Liabilities** | 47,000.00 |
| **Total Liabilities** | 1,446,218.90 |
| Equity |  |
| Marvin Donius (Draws/Payments) | 204,599.90 |
| Opening Balance Equity | 320.00 |
| Owners Equity | -26,843.41 |
| Retained Earnings | -659,682.04 |
| Net Income | -476,147.17 |
| **Total Equity** | -957,752.72 |
| **TOTAL LIABILITIES & EQUITY** | **488,466.18** |

5:20 PM
11/16/16
Accrual Basis

# Mushroom Express, Inc.
## Profit & Loss
### January 1 through October 24, 2016

|  | Jan 1 - Oct 24, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Brokerage Income | 7,950.82 |
|   Damaged Product & Loss | -13,661.03 |
|   Fee for Payroll Advance | 1,125.00 |
|   Gross Trucking Income | 4,956,159.52 |
|   Mushroom Sales Income | 111,329.05 |
|   Rental Space | 3,470.00 |
|   Sales from Manufactured Homes | 9,525.33 |
|   Sales from Nursery | 31,698.00 |
| **Total Income** | 5,107,596.69 |
| **Cost of Goods Sold** | |
|   Costs for Manu Home/Trailer Inc | 17,450.50 |
|   Outsource Drivers | |
|     Favela & Sons | 1,000.00 |
|     Jose G Carrasco | 126,118.55 |
|   Total Outsource Drivers | 127,118.55 |
|   Purchases - Mushrooms | 73,850.95 |
|   Trailer | |
|     Equipment | 8,626.81 |
|     Finance Charge | 4,708.88 |
|     Fuel | 137,726.91 |
|     Graphics | 7,048.41 |
|     Lease | 287,431.49 |
|     Repair & Maintenance | 67,062.08 |
|     Trailer Washout | 7,048.96 |
|   Total Trailer | 519,653.54 |
|   Travel Expense for Drivers | |
|     Auto Mileage | 7,475.75 |
|     Bridges | 902.50 |
|     Gate Pass/Market | 3,610.00 |
|     Lodging | 40,345.59 |
|     Parking | 1,080.57 |
|     Per diem | 567,024.00 |
|     Scale Truck | 14,513.87 |
|     Toll Reciepts | 96,001.91 |
|     Travel Expense for Drivers - Other | 1,180.77 |
|   Total Travel Expense for Drivers | 732,134.96 |
|   Truck | |
|     Equipment | 44,239.14 |
|     Fuel | 1,044,254.94 |
|     Graphics | 1,198.85 |
|     Lease | 599,587.05 |
|     Lumper /Restacking Charge | 55,056.95 |
|     Miscellaneous | 61.86 |
|     Repair & Maintenance | 158,096.38 |
|     Rydesmart Fees | 5,816.78 |
|     Supplies | 12,246.30 |
|     Truck Washout | 200.29 |
|   Total Truck | 1,920,758.54 |
| **Total COGS** | 3,390,967.04 |
| **Gross Profit** | 1,716,629.65 |
| **Expense** | |
|   Advertising & Marketing | 1,865.00 |
|   Automobile Expense | 26,068.73 |
|   Bank Service Charges | 28,819.55 |

5:20 PM
11/16/16
Accrual Basis

# Mushroom Express, Inc.
## Profit & Loss
### January 1 through October 24, 2016

|  | Jan 1 - Oct 24, 16 |
|---|---:|
| **Business Licenses and Permits** | |
|   Citations/ Tickets | 1,288.46 |
|   DMV/Pull Notice | 587.00 |
|   Drug & Drive Testing | 4,809.00 |
|   General Permits | 8,725.54 |
|   New York Permits | 861.54 |
|   Oregon Dept. of Transp- IFTA | 198.15 |
|   Oregon Permits | 2,481.81 |
|   Business Licenses and Permits - Other | 40.00 |
| **Total Business Licenses and Permits** | 18,991.50 |
| Business Travel | 5,729.71 |
| Computer and Internet Expenses | 4,391.45 |
| Conferences/Travel | 2,209.71 |
| Dues and Subscriptions | 2,426.51 |
| Employee Medical Expenses | 166.28 |
| Forklift | 3,500.00 |
| Gifts & Promotions | 8,361.14 |
| **Insurance Expense** | |
|   Cargo & Physical | 72,972.52 |
|   Deductible Paid | 2,500.00 |
|   Worker's Compensation | 120,985.92 |
|   Insurance Expense - Other | -21.49 |
| **Total Insurance Expense** | 196,436.95 |
| Interest Expense | 79,069.86 |
| **Lot/Property Maintenance** | |
|   Labor for Lot/Property Maint | 6,381.96 |
|   Receipts for Lot/Prop | 7,016.72 |
|   Lot/Property Maintenance - Other | 83.14 |
| **Total Lot/Property Maintenance** | 13,481.82 |
| Meals and Entertainment | 1,748.31 |
| Memberships | 1,031.00 |
| Miscellaneous | 1,640.00 |
| Networking | 320.00 |
| **Nursery** | |
|   Labor for Nursery | 10,748.75 |
|   Receipts | 5,639.96 |
|   Nursery - Other | -14,000.00 |
| **Total Nursery** | 2,388.71 |
| **Office** | |
|   Fax and Copies | 1,189.96 |
|   Office Maintenance & Repairs | 3,120.47 |
|   Office Supplies | 17,385.81 |
| **Total Office** | 21,696.24 |
| Outside Services | 10,864.77 |
| Payment Processing Fee | 92,451.47 |
| **Payroll Expenses** | |
|   Bonus | 35,317.06 |
|   Employee Wages | 1,211,122.30 |
|   ETT (ER) | 650.45 |
|   FUTA Taxes (ER) | 6,366.64 |
|   Holiday Wages | 1,712.00 |
|   Officer Salary | 53,832.00 |
|   Payroll Processing Fees | 5,588.63 |
|   Sick Pay | 1,812.80 |
|   SS & Medicare (ER) | 99,840.54 |
|   SUI Taxes (ER) | 29,802.31 |
|   Vacation Wages | 3,010.00 |
| **Total Payroll Expenses** | 1,449,054.73 |
| Postage and Delivery | 2,046.75 |

5:20 PM
11/16/16
Accrual Basis

# Mushroom Express, Inc.
## Profit & Loss
### January 1 through October 24, 2016

|  | Jan 1 - Oct 24, 16 |
|---|---:|
| **Professional Fees** | |
| Accounting Fees | 2,158.75 |
| Attorney Fees | 11,256.98 |
| Consulting Fees | 1,750.00 |
| Professional Fees - Other | 1,000.00 |
| **Total Professional Fees** | 16,165.73 |
| **Rent Expense** | |
| Truck space | 6,960.00 |
| Rent Expense - Other | 11,460.00 |
| **Total Rent Expense** | 18,420.00 |
| Service Fee (ComData) | 26,913.30 |
| Subcontractors | 27.78 |
| **Taxes** | |
| FTB | 880.00 |
| IFTA Fuel Taxes | 67,032.64 |
| Taxes - Other | 20,093.08 |
| **Total Taxes** | 88,005.72 |
| Telephone Expense | 9,064.63 |
| **Utilities** | |
| Fuel for Generator | 1,926.59 |
| Propane | 2,300.85 |
| United Site Services | 2,732.10 |
| Water | 750.00 |
| **Total Utilities** | 7,709.54 |
| Wire transfer fee | 1,543.00 |
| **Total Expense** | 2,142,609.89 |
| **Net Ordinary Income** | -425,980.24 |
| **Other Income/Expense** | |
| Other Income | |
| Refund | 5,019.22 |
| **Total Other Income** | 5,019.22 |
| Other Expense | |
| Ask My Accountant/Owner | 20,186.15 |
| Prior Year Payroll Taxes(03-05) | 35,000.00 |
| **Total Other Expense** | 55,186.15 |
| **Net Other Income** | -50,166.93 |
| **Net Income** | -476,147.17 |