CSD 1100 [12/01/16] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

Judith A. Descalso CBN103211
LAW OFFICE OF JUDITH A. DESCALSO
960 Canterbury Pl., Ste. 340
Escondido, CA 92025
Ph: (760) 745-8380  email: jad@jdescalso.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

MUSHROOM EXPRESS, INC.

BANKRUPTCY NO.  16-6447-CL11

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Exhibit C: Attachment to Voluntary Petition B 1
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information
- [x] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt for Individuals
- [x] Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule of Executory Contracts & Expired Leases
- [ ] Schedule of Co-Debtor
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2
- [x] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Your Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Other:

Dated:  12/1/16

Signature  /S/ Judith A. Descalso

Attorney for Debtor

CSD 1100

CSD 1100 (Page 2 of 3) [12/01/16]

### DECLARATION OF DEBTOR

I [We] __Marvin Donius, President__ and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 12/1/16

_____        _____
*Debtor                                                        *Joint Debtor

* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

### INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.

   1.   Before each entry, specify the purpose of the amendment by inserting:
      a.   "ADDED," if the information was missing from the previous document filed; or
      b.   "CORRECTED," if the information modifies previously listed information; or
      c.   "DELETED," if previously listed information is to be removed.
   2.   At the bottom of each page, insert the word "AMENDED."
   3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

### PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __12/1/16__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐   Chapter 7 Trustee:

☑   For Chpt. 7, 11, & 12 cases:    ☐   For ODD numbered Chapter 13 cases:    ☐   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE    THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov    Billingslea@thb.coxatwork.com    admin@ch13.sdcoxmail.com
          dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/16]

2.   **Served by United States Mail or Overnight Mail**:

On _____ ,I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3.   **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   12/1/16 _____
              (Date)

/s/ Judith A. Descalso _____
(Typed Name and Signature)

960 Canterbury Pl, Ste. 340 _____
(Address)

Escondido, CA 92025 _____
(City, State, ZIP Code)

CSD 1100

Fill in this information to identify the case:

Debtor name **Mushroom Express, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number (if known) **16-6447-CL11**

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **$17,066.98 Bank of America** | checking | 8593 | unknown |
| 3.2. | Bank of America - prepetition payroll account ADDED | checking | 4858 | $0.00 |
| 3.3. | Comdata - deposit account for drivers to use for fuel ADDED | Deposit account card for fuel | MO82 | $2,400.00 |
| 3.4. | EZ Pass - Delaware deposit for use on toll roads/bridges. ADDED | deposit account for tolls/bridges | | $7,681.00 |

4. Other cash equivalents *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **cash $3600.00** | | unknown |
| 4.2. | **$90,000.00 uncashed checks from customers** | | unknown |

Software Copyright (c) 1996-2016 CiN Group - www.cincompass.com

Debtor   **Mushroom Express, Inc.**
_____
Name

Case number (If known) **16-6447-CL11**
_____

5.   Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $10,081.00 |

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Ryder Transportation Services**   $135,000.00
_____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $135,000.00 |

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   Accounts receivable

| | 11a. 90 days old or less: | 21,558.00 | - | 0.00 | = ... | $21,558.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 11,410.00 | - | 11,410.00 | = ... | unknown |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.   Total of Part 3.

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $21,558.00 |

**Part 4:   Investments**

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

2:47 PM
11/11/16

## Mushroom Express, Inc.
## A/R Aging Summary
As of November 11, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AgSustain, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 10,089.78 | 10,089.78 |
| Coast Citrus Distributors | 0.00 | 0.00 | 4,272.50 | 0.00 | 0.00 | 4,272.50 |
| Davalan Sales Brokerage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| E & Y Transport | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Forever Fresh | 0.00 | 0.00 | 0.00 | 696.50 | 0.00 | 696.50 |
| Jet Trucking | 3,375.00 | 900.00 | 0.00 | 0.00 | 0.00 | 4,275.00 |
| Phillips Mushroom Farms | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 | 1,120.00 |
| Scout Logistics Corporation | 0.00 | 5,245.22 | 1,350.00 | 0.00 | 0.00 | 6,595.22 |
| Stevens Transport, TL, Inc. | 0.00 | 1,789.17 | 3,929.38 | 0.00 | 0.00 | 5,718.55 |
| TOTAL | 3,375.00 | 7,934.39 | 9,551.88 | 696.50 | 11,409.78 | 32,967.55 |

B-11 A/R

Debtor   **Mushroom Express, Inc.**
Name                                          Case number *(if known)*  **16-6447-CL11**

☐ Yes Fill in the information below.

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>miscellaneous office furniture - SEE ATTACHED LIST | $2,500.00 | | $2,500.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software equipment - included in list for #39 - see attached CORRECTED DESCRIPTION | $500.00 | | $500.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                  $3,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. vehicles | $6,000.00 | | $6,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

SCHEDULE B #39

| | Mushroom Express Office | | | |
| --- | --- | --- | --- | --- |
| | Safety Office | Marvins Office | Accounting Office | Admin Office |
| Desks | 3 | 1 | 1 | 5 |
| Chairs | 9 | 2 | 5 | 11 |
| Tables | 6 | 1 | 0 | 1 |
| File Cabinets | 4 | 2 | 3 | 4 |
| Storage Cabinets | 1 | 0 | 0 | 7 |
| Computer Desktop | 0 | 0 | 1 | 1 |
| Computer Laptop | 0 | 0 | 0 | 1 |
| Printer/FAX | 0 | 1 | 1 | 5 |
| Lamps | 1 | 2 | 1 | 4 |
| TV | 1 | 0 | 1 | 0 |
| Audio/Visual | 3 | 0 | 0 | 0 |
| Phones | 0 | 0 | 1 | 5 |
| Paper Shredder | 2 | 0 | 0 | 1 |

Part B
# 46

# Mushroom Express Inc. Equipment

| TRUCK # | YEAR | MAKE | VIN# |
|---------|------|------|------|
| 11 | 1993 | PTRB | 1XPCDR9X9PD326712 |
| 25 | 1997 | PTRB | 1XPCDB8X4VD388184 |

| TRAILER # | | | |
|-----------|------|---------|------|
| 6 | 1993 | GRTDN | 1GRAA9622PB054421 |
| 7 | 1987 | GRTDN | 1GRAA9627SB011234 |
| 17 | 1993 | GRTDN | 1GRAA9625PW010504 |
| 22 | 1990 | UTILITY | 1UYVS2485LU267550 |

Debtor    Mushroom Express, Inc.                                    Case number *(If known)*  16-6447-CL11
          _____
          Name

50.    Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)

51.    **Total of Part 8.**

       Add lines 47 through 50. Copy the total to line 87.                                   | $6,000.00 |

52.    Is a depreciation schedule available for any of the property listed in Part 8?
       ■ No
       ☐ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    Notes receivable
       Description (include name of obligor)

72.    Tax refunds and unused net operating losses (NOLs)
       Description (for example, federal, state, local)

73.    Interests in insurance policies or annuities

74.    Causes of action against third parties (whether or not a lawsuit
       has been filed)

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims
       Claim against insurance carrier for loss of use of
       business equipment damaged in accident. Dipsute
       between insurance company and secured creditor as to
       whether trailer should be repaired or totaled.
       Nature of claim        potential bad faith against                        $215,000.00
                              carrier
       Amount requested          $215,000.00

Debtor    **Mushroom Express, Inc.**                                    Case number *(if known)*  **16-6447-CL11**
_____          _____
          Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                            $215,000.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  __Mushroom Express, Inc._____     Case number *(If known)*  __16-6447-CL11_____
        Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $10,081.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $135,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $21,558.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $6,000.00 | |
| 88. **Real property.** Copy line 56, Part 9.................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $215,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $390,639.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $390,639.00 |

**Fill in this information to identify the case:**

Debtor name  Mushroom Express, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number (if known)  16-6447-CL11

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | ACE Funding Source | Describe debtor's property that is subject to a lien | $92,559.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Debtor disputes validity of security as loan in violation of NY usury laws. UCC1 recorded 9/26/16 filing #16-7547982554

155 S Jefferson St
Lancaster, WI 53813-1635

Creditor's mailing address

Describe the lien

Corporate vendor

Is the creditor an insider or related party?

HG@acefundingllc.com

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

9/26/16

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

| 2.2 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $142,540.00 | $126,568.00 |
|---|---|---|---|---|

Creditor's Name

cash $3600.00

Insolvency Division
PO Box 7346
Philadelphia, PA
19101-7346

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

12/31/15

Last 4 digits of account number

9422

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Mushroom Express, Inc.**                                        Case number (if known)    **16-6447-CL11**
_____
Name

☑ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☑ Disputed
priority.

---

| 2.3 | **TVT Capital, LLC** | Describe debtor's property that is subject to a lien | $17,067.00 | $0.00 |
| | Creditor's Name | **Judgment - levied on prepetition funds UCC1** | | |
| | | **recorded 9/14/16 filing #16-7546121144** | | |

**122 E 42nd St Rm 2112**
**New York, NY 10168-2100**
Creditor's mailing address

Describe the lien
**corporate vendor**
Is the creditor an insider or related party?
☑ No
Creditor's email address, if known    ☐ Yes

Is anyone else liable on this claim?
Date debt was incurred                ☐ No
**9/26/16**                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**2016**

Do multiple creditors have an        As of the petition filing date, the claim is:
interest in the same property?       Check all that apply
☑ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☑ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$252,166.00**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Renata Bukhman, Esq**<br>**17 State St Ste 4000**<br>**New York, NY 10004-1508** | Line **2.1** | |
| **RTR Recovery LLC?**<br>**122 E 42nd St**<br>**New York, NY 10168-0002** | Line **2.3** | **2016** |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    Mushroom Express, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number (if known)    16-6447-CL11

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Adrian A Caballero

12 E 2nd St PMB 25420
Calexico, CA 92231-2618

Date or dates debt was incurred
9-30-16 to 10-7-16

Last 4 digits of account number **6930**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,723.78**    Priority amount: **$1,723.78**

**2.2** Priority creditor's name and mailing address

Alejandro Lemus

251 Rosarito Dr
Imperial, CA 92251-8851

Date or dates debt was incurred
9-23-16 to 10-7-16

Last 4 digits of account number **8653**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,588.52**    Priority amount: **$2,588.52**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com                    12345

Debtor  **Mushroom Express, Inc.**
Name

Case number (if known)  **16-6447-CL11**

| | | |
|---|---|---|
| **2.3** Priority creditor's name and mailing address<br>**Andres Madera**<br><br>3129 E El Norte Pkwy<br>Escondido, CA 92027-1287 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,626.67    $2,626.67 |
| Date or dates debt was incurred<br>**09/23/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **0809**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.4** Priority creditor's name and mailing address<br>**Bill L Ragan**<br><br>1222 La Verde Ln<br>San Marcos, CA 92078-5250 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,510.89    $2,510.89 |
| Date or dates debt was incurred<br>**09/16/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **9047**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.5** Priority creditor's name and mailing address<br>**Byron Hermosillo**<br><br>28720 Santa Rosa Rd<br>Nuevo, CA 92567-9786 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,236.32    $1,236.32 |
| Date or dates debt was incurred<br>**09/16/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **1035**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.6** Priority creditor's name and mailing address<br>**Carlos Ivan Montano**<br><br>656 S 6th Ave<br>Yuma, AZ 85364-2905 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,277.29    $1,277.29 |
| Date or dates debt was incurred<br>**09/30/16-10/07/26** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **5349**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Mushroom Express, Inc.** | Case number (if known) | **16-6447-CL11** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>Casey J. Plumlee | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,226.00 | $2,226.00 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | 209 296th St S<br>Roy, WA 98580-9539 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred<br>09/23/16 | Basis for the claim:<br>unpaid employee wages | | |
| | Last 4 digits of account number **2134** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>Cesar D Mercado Morales | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,032.33 | $3,032.33 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | 1662 W Barbara Worth Dr<br>El Centro, CA 92243-2173 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred<br>09/16/16-10/07/16 | Basis for the claim:<br>unpaid employee wages | | |
| | Last 4 digits of account number **7885** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>Cinthia Aguilera | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,278.30 | $5,278.30 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | 1716 Sunbeam Lake Dr # 641<br>El Centro, CA 92243-9669 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred<br>09/09/16-10/07/16 | Basis for the claim:<br>unpaid empoyee wages | | |
| | Last 4 digits of account number **4974** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>Daniel A Adjar | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,566.08 | $1,566.08 |
|---|---|---|---|---|
| | | ☐ Contingent | | |
| | 3686 Marlborough Ave # 9<br>San Diego, CA 92105-3340 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred<br>09/16/16-09/30/16 | Basis for the claim:<br>unpaid empoyee wages | | |
| | Last 4 digits of account number **5319** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Mushroom Express, Inc.** | Case number (if known) | **16-6447-CL11** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.18 | $1,518.18 |
|---|---|---|---|---|
| | **Daniel A Chaidez Martinez** | ☐ Contingent | | |
| | **1007 Alameda St** | ☐ Unliquidated | | |
| | **Calexico, CA 92231-3920** | ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **3487** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,371.08 | $2,371.08 |
|---|---|---|---|---|
| | **Durelita Collins** | ☐ Contingent | | |
| | **20400 Highway 76** | ☐ Unliquidated | | |
| | **Pauma Valley, CA 92061-9710** | ☐ Disputed | | |
| | Date or dates debt was incurred **09/16/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **5102** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.98 | $1,412.98 |
|---|---|---|---|---|
| | **Edgardo Goycoolea** | ☐ Contingent | | |
| | **2908 1/2 Main St** | ☐ Unliquidated | | |
| | **San Diego, CA 92113-3730** | ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **3569** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 | $20,000.00 |
|---|---|---|---|---|
| | **Employment Development Depart.** | ☐ Contingent | | |
| | **PO Box 826880** | ☐ Unliquidated | | |
| | **Sacramento, CA 94280-0001** | ☐ Disputed | | |
| | Date or dates debt was incurred **1st-2nd quarter 2016** | Basis for the claim: | | |
| | Last 4 digits of account number **5590** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                          Case number (if known)  **16-6447-CL11**
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $3,731.02 | $3,731.02 |

**2.15** Priority creditor's name and mailing address
**Enrique Ariel Ramirez**

13855 Woods Valley Rd
Valley Center, CA 92082-7336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,731.02        $3,731.02

Date or dates debt was incurred
**09/09/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **9621**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** Priority creditor's name and mailing address
**Eric A Romo**

1240 T Boman St
Calexico, CA 92231-3363

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,973.50        $2,973.50

Date or dates debt was incurred
**09/16/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **9567**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** Priority creditor's name and mailing address
**Eva Carrasco**

39321 Oak Cliff Dr
Temecula, CA 92591-4557

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,158.43        $3,158.43

Date or dates debt was incurred
**09/23/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **2060**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** Priority creditor's name and mailing address
**Evelia Ponce**

625 E Mission Rd
Fallbrook, CA 92028-2214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$492.34        $492.34

Date or dates debt was incurred
**09/30/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **7441**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Mushroom Express, Inc.**
Name

Case number (if known) **16-6447-CL11**

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,468.06 | $1,468.06 |

**Fabian Tadeo Hernandez**

604 Sabrina Way
Vista, CA 92084-6265

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**09/30/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **2778**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,582.23 | $2,582.23 |

**Fernando Romero**

612 N D St
Imperial, CA 92251-1143

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**09/23/16-10/07/16**

Basis for the claim:
**unpaid empoyee wages**

Last 4 digits of account number **5012**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.79 | $1,570.79 |

**Francisco J Romo**

30492 Calle Velasco
Valley Center, CA 92082-5316

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**09/30/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **6098**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.65 | $435.65 |

**Francisco Zavala**

1434 Hilltop Dr # 22
Chula Vista, CA 91911-5226

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**09/23/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **0937**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Mushroom Express, Inc.**
Name

Case number (if known) **16-6447-CL11**

| | | |
|---|---|---|
| **2.23** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925.03 $1,925.03 |
| Gabriel Lemus | ☐ Contingent | |
| 735 N 6th St<br>El Centro, CA 92243-1820 | ☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>**09/30/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **6669** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.24** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,194.31 $2,194.31 |
| George M Dillaway | ☐ Contingent | |
| 1471 Shoreacres Dr<br>Chula Vista, CA 91915-2142 | ☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>**10/07/16** | Basis for the claim:<br>**unpaid employee wages.** | |
| Last 4 digits of account number **9083** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.25** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,132.27 $2,132.27 |
| Guillermo Rodriguez Orozco | ☐ Contingent | |
| 236 E 1st St PMB 1957<br>Calexico, CA 92231-2730 | ☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>**09/30/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **3590** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.26** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,844.88 $2,844.88 |
| Gustavo A Rojo | ☐ Contingent | |
| 12175 Ramona Ave Apt 20<br>Chino, CA 91710-2272 | ☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred<br>**09/23/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | |
| Last 4 digits of account number **0808** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                     Case number (if known)  **16-6447-CL11**
_____Name_____

| 2.27 | Priority creditor's name and mailing address<br>**Hector Jorge Borbon**<br><br>**1013 Horizon St**<br>**Calexico, CA 92231-4206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,488.40 | $1,488.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/30/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **3155** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Division**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $20,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1st/2nd quarter 2016** | Basis for the claim:<br>**corporate tax** | | |
| | Last 4 digits of account number **9422** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address<br>**Isaac Z Torres**<br><br>**663 S 14th St**<br>**Brawley, CA 92227-2836** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $427.14 | $427.14 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/07/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **2057** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address<br>**Jesus B Orduno Leyva**<br><br>**120 Rockwood Ave # 40284**<br>**Calexico, CA 92231-4713** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $550.11 | $550.11 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/16/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **1941** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                Case number (if known)  **16-6447-CL11**
        Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.77 | $1,414.77 |
|---|---|---|---|---|
| | **Jesus Barrera Valdivia** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | 236 E 1st St PMB 3193 | ☐ Unliquidated | | |
| | Calexico, CA 92231-2730 | ☐ Disputed | | |
| | Date or dates debt was incurred **09/23/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **3671** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.19 | $1,522.19 |
|---|---|---|---|---|
| | **Jesus M Colores** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | 1020 Sunset St | ☐ Unliquidated | | |
| | Calexico, CA 92231-4218 | ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **5833** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,391.03 | $2,391.03 |
|---|---|---|---|---|
| | **Joaquin  Hernandez** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | 3420 Monroe St Apt C | ☐ Unliquidated | | |
| | Carlsbad, CA 92008-2050 | ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **3610** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,243.25 | $3,243.25 |
|---|---|---|---|---|
| | **John A Ybarra** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | 1248 D St | ☐ Unliquidated | | |
| | Brawley, CA 92227-2113 | ☐ Disputed | | |
| | Date or dates debt was incurred **09/16/16-10/07/16** | Basis for the claim: **unpaid employee wages** | | |
| | Last 4 digits of account number **5569** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

Debtor **Mushroom Express, Inc.**
Name

Case number (if known)  **16-6447-CL11**

| | |
|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Jonathan Paul Rios**<br><br>**656 Quarry Rd**<br>**San Marcos, CA 92069-9744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,909.29   $1,909.29 |

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **1531**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.36 | Priority creditor's name and mailing address<br>**Jorge Gallban Rodriguez**<br><br>**305 E 7th St**<br>**Calexico, CA 92231-2707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,575.82   $1,575.82 |

Date or dates debt was incurred
**09/09/16-09/16/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **3341**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.37 | Priority creditor's name and mailing address<br>**Jorge Orduno Calvillo**<br><br>**281 Yucca Dr**<br>**El Centro, CA 92243-4570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,379.52   $1,379.52 |

Date or dates debt was incurred
**09/23/16-09/30/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **2826**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.38 | Priority creditor's name and mailing address<br>**Jose F Romo**<br><br>**30492 Calle Velasco**<br>**Valley Center, CA 92082-5316** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $779.28   $779.28 |

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **9750**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Mushroom Express, Inc. | Case number (if known) | 16-6447-CL11 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address<br>**Jose Raul Soto**<br><br>**1049 J St**<br>**Brawley, CA 92227-2730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,004.27 | $1,004.27 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/16/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **9141**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Juan F Haro**<br><br>**PO Box 5449**<br>**Calexico, CA 92232-5449** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,408.12 | $1,408.12 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/30/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **0266**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**Juan Jose Peraza Ochoa**<br><br>**277 Maple Ave Apt 2**<br>**El Centro, CA 92243-3357** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,694.44 | $1,694.44 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/16/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages.** | | |
| | Last 4 digits of account number **2702**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Juan M Carreras**<br><br>**PO Box 4812**<br>**Calexico, CA 92232-4812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,429.25 | $3,429.25 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/09/16-10/07/16** | Basis for the claim:<br>**unpaid employee wages** | | |
| | Last 4 digits of account number **5674**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                    Case number (if known)    16-6447-CL11
_____Name_____

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.27 | $1,089.27 |

Priority creditor's name and mailing address
**Juan M Prince**

1074 Heber Ave
Heber, CA 92249-9759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,089.27 $1,089.27

Date or dates debt was incurred
**09/16/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **2812**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.44 Priority creditor's name and mailing address
**Leticia M Cortez**

327 N Orange Ave
Fallbrook, CA 92028-2154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$187.18 $187.18

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **7251**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.45 Priority creditor's name and mailing address
**Luis  A  Aguirre Ruiz**

1224 7th St
Calexico, CA 92231-3369

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,091.69 $1,091.69

Date or dates debt was incurred
**09/23/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **3401**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.46 Priority creditor's name and mailing address
**Luis  E Cortez**

25036 Via Las Lomas
Murrieta, CA 92562-5941

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,896.90 $1,896.90

Date or dates debt was incurred
**09/16/16-10/03/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **1320**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 12 of 19

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Mushroom Express, Inc. | Case number (if known) | 16-6447-CL11 |
|---|---|---|---|
| | Name | | |

---

**2.47**

Priority creditor's name and mailing address
**Luis Enrique Rodriguez**

2110 Lenrey Ave
El Centro, CA 92243-3641

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,162.50    $1,162.50

Date or dates debt was incurred
**09/23/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **4173**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.48**

Priority creditor's name and mailing address
**Luis F Rubio Avila**

91720 66th Ave # N103
Mecca, CA 92254-6251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,723.80    $1,723.80

Date or dates debt was incurred
**09/30/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **6311**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.49**

Priority creditor's name and mailing address
**Manuel Saldana**

15 W Hawk St Apt 103
Heber, CA 92249-9813

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,095.68    $1,095.68

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **1004**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.50**

Priority creditor's name and mailing address
**Marco A Alvarez Garcia**

291 S Pine St
Pixley, CA 93256-9697

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,275.00    $1,275.00

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **0147**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Mushroom Express, Inc.** | Case number (if known) | **16-6447-CL11** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,615.77 | $5,615.77 |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address
**Marvin C Donius**

PO Box 900
**Watsonville, CA 95077-0900**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,615.77    $5,615.77

Date or dates debt was incurred
**09/16/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **5424**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.52** Priority creditor's name and mailing address
**Miguel M Gonzalez**

930 Harold Ave Apt C
**Calexico, CA 92231-2279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,030.12    $1,030.12

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **7763**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.53** Priority creditor's name and mailing address
**Miriam A Casarez**

1716 Sunbeam Lake Dr # 641
**El Centro, CA 92243-9669**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,599.63    $2,599.63

Date or dates debt was incurred
**09/30/16-10/07/16**

Basis for the claim:
**unpaid employee wages.**

Last 4 digits of account number **3371**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.54** Priority creditor's name and mailing address
**Nicolas A Ulloa**

415 N Gunther Pl
**Santa Ana, CA 92703-3332**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$827.24    $827.24

Date or dates debt was incurred
**10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **4008**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Mushroom Express, Inc.**
Name

Case number *(if known)*  **16-6447-CL11**

---

| | 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.36 | $879.36 |

**2.55** Priority creditor's name and mailing address
**Pedro S Meza Martinez**

895 El Centro Ave Apt B
El Centro, CA 92243-2060

Date or dates debt was incurred
**10/07/16**

Last 4 digits of account number **7311**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
■ No
☐ Yes

$879.36    $879.36

---

**2.56** Priority creditor's name and mailing address
**Robert E Skelton**

597 Augusta Dr
San Marcos, CA 92069-3343

Date or dates debt was incurred
**09/09/16-10/07/16**

Last 4 digits of account number **4918**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
■ No
☐ Yes

$4,219.65    $4,219.65

---

**2.57** Priority creditor's name and mailing address
**Shawn R Cogswell**

22325 US Highway 18
Apple Valley, CA 92307-4331

Date or dates debt was incurred
**09/09/16-10/07/16**

Last 4 digits of account number **2257**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
■ No
☐ Yes

$763.05    $763.05

---

**2.58** Priority creditor's name and mailing address
**Susana Vallin**

30546 Callejo Feliz Ter
Valley Center, CA 92082-5325

Date or dates debt was incurred
**09/09/16-10/07/16**

Last 4 digits of account number **7669**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid employee wages**

Is the claim subject to offset?
■ No
☐ Yes

$1,400.05    $1,400.05

---

Debtor  **Mushroom Express, Inc.**
Name

Case number (if known)  **16-6447-CL11**

| | |
|---|---|
| 2.59 | Priority creditor's name and mailing address |

**Suzanne Rogers-Dial**

PO Box 4671
Parker, CO 80134-1460

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,410.00     $1,410.00

Date or dates debt was incurred
**09/23/16-10/07/16**

Basis for the claim:
**unpaid employee wages**

Last 4 digits of account number **4962**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

Amount of claim

| | |
|---|---|
| 3.1 | Nonpriority creditor's name and mailing address |

**CAN Capital Asset Servicing, Inc.**

414 W 14th St Fl 3
New York, NY 10014-1013

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$150,000.00

Date(s) debt was incurred  2/2016

Basis for the claim:  **corporate vendor**

Last 4 digits of account number  **5161**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.2 | Nonpriority creditor's name and mailing address |

**CDTA**

1011 Camino del Rio S Ste 200
San Diego, CA 92108-3572

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$274.00

Date(s) debt was incurred  _

Basis for the claim:  **corporate vendor**

Last 4 digits of account number  **USHE**

Is the claim subject to offset?  ☐ No  ☐ Yes

| | |
|---|---|
| 3.3 | Nonpriority creditor's name and mailing address |

**Complete Payment Recovery Services, Inc.**

3500 5th St
Northport, AL 35476-4723

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$1,355.63

Date(s) debt was incurred  _

Basis for the claim:  **#0096: $339.43, #0088 $$175.74, #8044 $840.46**

Last 4 digits of account number  **ious**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.4 | Nonpriority creditor's name and mailing address |

**Forward Financing, LLC**

36 Bromfield St Fl 2
Boston, MA 02108-5221

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$147,000.00

Date(s) debt was incurred  9/16

Basis for the claim:  **loan**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.5 | Nonpriority creditor's name and mailing address |

**IPFS Corporation**

3000 RDU Center Dr Ste 100
Morrisville, NC 27560-7643

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,454.00

Date(s) debt was incurred  _

Basis for the claim:  **insurance premium finance**

Last 4 digits of account number  **8542**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Mushroom Express, Inc.** | | Case number *(if known)* | **16-6447-CL11** |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $649.00 |
|---|---|---|---|
| | J. J. Keller & Associates, Inc. | ☐ Contingent | |
| | PO Box 6609 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6609 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **corporate vendor** | |
| | Last 4 digits of account number **4794** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,963.00 |
|---|---|---|---|
| | Kabbage, Inc | ☐ Contingent | |
| | 730 Peachtree St NE Ste 350 | ☐ Unliquidated | |
| | Atlanta, GA 30308-1226 | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **corporate vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.90 |
|---|---|---|---|
| | Kroger Check Recovery Center | ☐ Contingent | |
| | Dept. 86130 | ☐ Unliquidated | |
| | PO Box 1259 | ■ Disputed | |
| | Oaks, PA 19456-1259 | | |
| | Date(s) debt was incurred **10/13/16** | Basis for the claim: **employee check recovery** | |
| | Last 4 digits of account number **9070** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,489.00 |
|---|---|---|---|
| | Mac Trailer Leasing dba | ☐ Contingent | |
| | PLM Trailer Leasing | ☐ Unliquidated | |
| | 100 Paragon Dr | ■ Disputed | |
| | Montvale, NJ 07645-1779 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **corporate vendor** | |
| | Last 4 digits of account number **6160** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214,600.00 |
|---|---|---|---|
| | Marvin C Donius | ☐ Contingent | |
| | PO Box 900 | ☐ Unliquidated | |
| | Watsonville, CA 95077-0900 | ☐ Disputed | |
| | Date(s) debt was incurred **1/1/16 to 8/2/16** | Basis for the claim: **personal loans to debtor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|
| | Orbcomm ( Technologies LLC ) | ☐ Contingent | |
| | 395 W Passaic St Ste 325 | ☐ Unliquidated | |
| | Rochelle Park, NJ 07662-3016 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **corporate vendor** | |
| | Last 4 digits of account number **4252** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,069.00 |
|---|---|---|---|
| | PIRS Capital, LLC | ☐ Contingent | |
| | 40 Exchange Pl | ☐ Unliquidated | |
| | New York, NY 10005-2701 | ■ Disputed | |
| | Date(s) debt was incurred **3/22/16** | Basis for the claim: **corporate vendor** | |
| | Last 4 digits of account number **1187** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Mushroom Express, Inc.**                                    Case number (if known)  **16-6447-CL11**
        Name

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,294.00
| **Praetorian Insurance Company** | ☐ Contingent |
| **The Guerrini Law Firm** | ☐ Unliquidated |
| **106 S Mentor Ave Ste 150** | ■ Disputed |
| **Pasadena, CA 91106-2951** | |
| Date(s) debt was incurred _ | Basis for the claim:  __corporate vendor__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,326.00
| **PREPASS** | ☐ Contingent |
| | ☐ Unliquidated |
| **PO Box 52774** | ☐ Disputed |
| **Phoenix, AZ 85072-2774** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number  **8288** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,600.00
| **Prime Time Transport Inc.** | ☐ Contingent |
| | ☐ Unliquidated |
| **6315 Winter Crest Dr** | ☐ Disputed |
| **Bakersfield, CA 93313-5206** | |
| Date(s) debt was incurred _ | Basis for the claim:  __corporate vendor__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00
| **Ramin Peyman, Esq.** | ☐ Contingent |
| **Law Offices of Peyman & Rahnama** | ☐ Unliquidated |
| **11801 W Washington Blvd** | ☐ Disputed |
| **Los Angeles, CA 90066-5920** | |
| Date(s) debt was incurred _ | Basis for the claim:  __corporate liability__ |
| Last 4 digits of account number  **4408** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307,280.21
| **Ryder Truck Rental, Inc.** | ☐ Contingent |
| **Ryder Transportation Services** | ■ Unliquidated |
| **6000 Windward Pkwy** | ■ Disputed |
| **Alpharetta, GA 30005-4181** | |
| Date(s) debt was incurred _ | Basis for the claim:  __returned leased vehicles__ |
| Last 4 digits of account number  **2426** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,209.00
| **State Compensation Insurance Fund** | ☐ Contingent |
| | ☐ Unliquidated |
| **PO Box 7441** | ☐ Disputed |
| **San Francisco, CA 94120-7441** | |
| Date(s) debt was incurred _ | Basis for the claim:  __corporate insurance__ |
| Last 4 digits of account number  **0304** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.00
| **Streamline Accounting, Inc.** | ☐ Contingent |
| | ☐ Unliquidated |
| **413 W 8th St Apt R** | ☐ Disputed |
| **Charlotte, NC 28202-1798** | |
| Date(s) debt was incurred  **May 2016-Sept. 2016** | Basis for the claim:  __consulting services__ |
| Last 4 digits of account number  **I118** | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor  **Mushroom Express, Inc.**
Name

Case number (if known)  **16-6447-CL11**

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address<br>**Uninsured Employers Benefits Trust Fund**<br><br>320 W 4th St Ste 600<br>Los Angeles, CA 90013-2350<br><br>Date(s) debt was incurred  **8/16/16**<br>Last 4 digits of account number  **4535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **corporate liability-WCAB judgment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$45,829.00** |
| **3.21** Nonpriority creditor's name and mailing address<br>**Vantiff LLC (dba TVT Capital LLC)**<br><br>122 E 42nd St Rm 2112<br>New York, NY 10168-2100<br><br>Date(s) debt was incurred  **9/8/16**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$122,128.00** |
| **3.22** Nonpriority creditor's name and mailing address<br>**Yellowstone Capital**<br><br>160 Pearl St<br>New York, NY 10005-1617<br><br>Date(s) debt was incurred  **9/9/16**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **corporate vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes      **$119,600.00** |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Dedicated Commercial Recovery, Inc.<br>1970 Oakcrest Ave<br>Roseville, MN 55113-2624 | Line  **3.12**<br>☐ Not listed. Explain ___ | **1187** |
| 4.2 | John T. Siegler, Esq.<br>2600 Eagan Woods Dr Ste 400<br>Saint Paul, MN 55121-1169 | Line  **3.17**<br>☐ Not listed. Explain ___ | **2426** |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 147,360.70 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,544,472.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,691,833.44 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Mushroom Express, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number (if known)    **16-6447-CL11**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,075,680.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$6,966,104.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,890,215.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and
    royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this
    case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years
    after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Mushroom Express, Inc.**                                      Case number (if known)  **16-6447-CL11**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.   SEE ATTACHED LIST | SEE ATTACHED | $424,936.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Marvin C Donius<br>410 Stanford St<br>Watsonville, CA 95076-3235<br>president/shareholder | SEE ATTACHED LIST | $94,099.00 | loan payments -TOTAL INCLUDES PAYMENTS MADE BY DONIUS TO BMO HARRIS BANK FOR TRACTOR LOAN PAYMENTS. AMOUNT TO BE DETERMINED UPON ACCOUNTING FROM BMO |
| 4.2.   Marvin C Donius<br>410 Stanford St<br>Watsonville, CA 95076-3235<br>shareholder/President | 2/16 through 9/16 | $281,877.00 | Payments made to Debtor's creditors who also have personal guarantee of insider |

5.  Repossessions, foreclosures, and returns
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  Setoffs
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span>   Legal Actions or Assignments

7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

SOFA #3.1

Mushroom Express

Payments Prior To 90 Days

| Date | Payee | Account | Payment |
|---|---|---|---|
| 7/25/2016 | E-Z Pass Delaware | Travel Expense for Drivers | $ 10,430.00 |
| 7/25/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 7/26/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 7/29/2016 | Phillips Mushroom | Accounts Payable | $ 13,863.50 |
| 7/29/2016 | Ryder Transportation | Accounts Payable | $ 50,000.00 |
| 8/1/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/4/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/8/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/15/2016 | E-Z Pass Delaware | Travel Expense for Drivers | $ 10,430.00 |
| 8/16/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/18/2016 | IPFS Corporation | Insurance Expense Cars | $ 8,056.45 |
| 8/24/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/30/2016 | Ryder Transportation | Accounts Payable | $ 25,000.00 |
| 8/31/2016 | E-Z Pass Delaware | Travel Expense for Drivers | $ 14,100.00 |
| 9/8/2016 | Ryder Transportation | Accounts Payable | $ 20,000.00 |
| 9/9/2016 | Ryder Transportation | Accounts Payable | $ 30,000.00 |
| 9/12/2016 | IPFS Corporation | Insurance Expense Cars | $ 8,056.45 |
| 9/15/2016 | Ryder Transportation | Accounts Payable | $ 60,000.00 |

SOFA# 4,1
SOFA# 30

2:57 PM

11/11/16

Accrual Basis

# Mushroom Express, Inc.
## Register QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Marvin C Donius** | | | | | | | |
| Check | 01/21/2014 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 01/23/2014 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 07/21/2014 | 847 | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| Deposit | 08/14/2014 | | money return... | Marvin Donius (Dra... | | Bank of America | 20,000.00 |
| Check | 09/17/2014 | 850 | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| Check | 10/06/2014 | | atm | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 10/09/2014 | 864 | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| Check | 10/14/2014 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 10/14/2014 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 10/16/2014 | 865 | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 10/21/2014 | | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| Check | 11/03/2014 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| General Journal | 12/01/2014 | | Marvin lend t... | Marvin Donius (Dra... | | Bank of America | -500.00 |
| General Journal | 03/02/2015 | | out of pocket ... | Marvin Donius (Dra... | | Bank of America | 10,000.00 |
| Check | 06/02/2015 | | Marvin withdr... | Marvin Donius (Dra... | | Bank of America | 8,000.00 |
| Check | 09/18/2015 | | withdraw fro... | Marvin Donius (Dra... | | Bank of America | -20.00 |
| Check | 11/16/2015 | | | Marvin Donius (Dra... | | Bank of America | -700.00 |
| Deposit | 11/16/2015 | | Deposit | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 11/30/2015 | | withdraw | Marvin Donius (Dra... | | Bank of America | 2,000.00 |
| Check | 12/07/2015 | 875 | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Deposit | 12/07/2015 | | Deposit | Marvin Donius (Dra... | | Bank of America | -20,000.00 |
| General Journal | 12/16/2015 | | MD personal ... | Marvin Donius (Dra... | | Bank of America | 20,000.00 |
| Deposit | 01/11/2016 | 4969 | Deposit | Marvin Donius (Dra... | | Bank of America | 20,000.00 |
| Check | 01/22/2016 | | | Marvin Donius (Dra... | | Bank of America | 10,000.00 |
| General Journal | 02/08/2016 | | MD personal ... | Marvin Donius (Dra... | | Bank of America | -500.00 |
| General Journal | 03/01/2016 | Payroll | out of pocket | Marvin Donius (Dra... | | Bank of America | 20,000.00 |
| General Journal | 03/01/2016 | Payroll | out of pocket | Marvin Donius (Dra... | | ComData Cas... | 5,000.00 |
| Deposit | 03/28/2016 | | Deposit | Marvin Donius (Dra... | | ComData Cas... | 5,000.00 |
| Check | 05/16/2016 | | | Marvin Donius (Dra... | | Bank of America | 250.00 |
| Check | 08/03/2016 | 935 | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 08/03/2016 | 934 | | Marvin Donius (Dra... | | Bank of America | -2,000.00 |
| Check | 08/04/2016 | | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| Check | 08/09/2016 | 937 | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 08/09/2016 | 936 | | Marvin Donius (Dra... | | Bank of America | -3,000.00 |
| Check | 08/22/2016 | | | Marvin Donius (Dra... | | Bank of America | -3,000.00 |
| Check | 08/26/2016 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 09/06/2016 | | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 09/13/2016 | 939 | | Marvin Donius (Dra... | | Bank of America | -500.00 |
| Check | 09/16/2016 | | | Marvin Donius (Dra... | | Bank of America | -5,000.00 |
| | | | | | | | -500.00 |
| Total Marvin C Donius | | | | | | | 53,530.00 |
| **TOTAL** | | | | | | | 53,530.00 |

Marvin Deposited
$ 120,250.00

Draws $66,720.00

SOFA #4.2

9:15 AM

11/11/16

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **PIRS CAPITAL LLC** | | | | | | | |
| Check | 03/25/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 03/28/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 03/29/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 03/30/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 03/31/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/01/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/04/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/05/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/06/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/07/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/07/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/08/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/11/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/12/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/13/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/14/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/15/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/18/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/19/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/20/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/21/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/22/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/25/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/26/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/27/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/28/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 04/29/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/02/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/03/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/04/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/05/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/06/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/09/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/10/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/11/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/12/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/13/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/16/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/17/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/18/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/19/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/20/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/23/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/24/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/25/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/26/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/27/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 05/31/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/01/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/02/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/03/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/06/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/07/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/09/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/09/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/10/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.60 |
| Check | 06/13/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/14/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/15/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/16/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/17/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/20/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/21/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/21/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/22/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/23/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/24/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |

9:15 AM

11/11/16

**Mushroom Express, Inc.**
## Vendor QuickReport
January through December 2016

PIRS CAPITAL LLC

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 06/28/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/29/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 06/30/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/01/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/05/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/06/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/07/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/07/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/11/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/13/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/14/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/15/2016 | auto | | Bank of America | X | Loan from PIR... | -1,023.26 |
| Check | 07/18/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/19/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/19/2016 | auto | | Bank of America | X | Loan from PIR... | -1,023.26 |
| Check | 07/20/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/21/2016 | auto | | Bank of America | X | Loan from PIR... | -1,023.26 |
| Check | 07/22/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/22/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/25/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/26/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/27/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 07/29/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/01/2016 | | | Bank of America | X | PIRS Capital ... | -1,023.26 |
| Check | 08/02/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/03/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/04/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/05/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/08/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/09/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/10/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/11/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/12/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/15/2016 | | | Bank of America | X | PIRS Capital ... | -1,732.56 |
| Check | 08/16/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/17/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/18/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/22/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/23/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/24/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/25/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/26/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/30/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/30/2016 | auto | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/31/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 08/31/2016 | auto | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/01/2016 | auto | VOID: | Bank of America | X | Loan from PIR... | 0.00 |
| Check | 09/02/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/02/2016 | auto | VOID: | Bank of America | X | Loan from PIR... | 0.00 |
| Check | 09/06/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/07/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/08/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/09/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/12/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/13/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/14/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/15/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/16/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/19/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/20/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/21/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |
| Check | 09/23/2016 | | VOID: | Bank of America | X | Loan from PIR... | 0.00 |
| Check | 09/26/2016 | | | Bank of America | X | Loan from PIR... | -1,732.56 |

$ 100,000.00

TOTAL $ 156,907.42

9:16 AM

11/11/16

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| YellowStone Capi | | | | | | | |
| Check | 09/14/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/15/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/16/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/19/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/20/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/21/2016 | | | Bank of America | X | Yellow Stone ... | -1,699.00 |
| Check | 09/23/2016 | | VOID: | Bank of America | X | Yellow Stone ... | 0.00 |
| Check | 09/26/2016 | | VOID: | Bank of America | X | Yellow Stone ... | 0.00 |

Total $19,194.00

$ 80,000.00

9:10 AM

11/11/16

## Mushroom Express, Inc.
## Vendor QuickReport
January 1 through November 11, 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **ACE Funding** | | | | | | | |
| Check | 09/14/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/15/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/16/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/19/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/20/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/21/2016 | | | Bank of America | X | ACE Funding | -1,539.00 |
| Check | 09/23/2016 | | VOID: | Bank of America | X | ACE Funding | 0.00 |
| Check | 09/26/2016 | | | Bank of America | | ACE Funding | -1,539.00 |

*d* 119,000.00

TOTAL $ 10,773.00

Page 1

9:24 AM

11/11/16

BAD CAPITAL

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **New Logic- Wesbank** | | | | | | | |
| General Journal | 02/23/2016 | | Loan- Wesba... | New Logic Wesbank | | Bank of America | -150,000.00 |
| Check | 02/24/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 02/25/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 02/26/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 02/29/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/02/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/03/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/04/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/09/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/10/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/11/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/14/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/15/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/17/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/18/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/21/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/23/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/24/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/25/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/28/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/29/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/30/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 03/31/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/04/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/05/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/06/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/11/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/12/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/13/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/14/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/15/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/18/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/19/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/20/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/21/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/25/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/26/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/27/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/28/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 04/29/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/02/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/03/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/04/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/05/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/06/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/09/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/10/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/11/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/12/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/13/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/17/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/18/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/19/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/20/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/23/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/24/2016 | | | Bank of America | X | New Logic We... | -571.97 |

9:24 AM

11/11/16

CAN CAPITAL

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 05/25/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/26/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/27/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 05/31/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/02/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/03/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/09/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/10/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/13/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/14/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/15/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/17/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/21/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/21/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/23/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/24/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/28/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/29/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 06/30/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/05/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/06/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/06/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/11/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/12/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/13/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/13/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/14/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/18/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/19/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/19/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/20/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/25/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/26/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/27/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/28/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 07/28/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/01/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/02/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/03/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/04/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/05/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/09/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/10/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/11/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/12/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/15/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/17/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/18/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/19/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/22/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/23/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/24/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/25/2016 | | | Bank of America | X | New Logic We... | -1,143.94 |

9:24 AM

11/11/16

CAN CAPITAL

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 08/26/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/30/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/31/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 08/31/2016 | auto | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/02/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/02/2016 | auto | VOID: | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/06/2016 | | | Bank of America | X | New Logic We... | 0.00 |
| Check | 09/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/07/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/08/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/09/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/12/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/13/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/14/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/15/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/16/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/19/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/20/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/21/2016 | | | Bank of America | X | New Logic We... | -571.97 |
| Check | 09/23/2016 | | VOID: | Bank of America | X | New Logic We... | 0.00 |

TOTAL   $ 87,511,41

10:02 AM

11/11/16

# Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **KABBAGE INC** | | | | | | | |
| Check | 08/23/2016 | | | Bank of America | X | Ask My Accou... | |
| Check | 09/21/2016 | | VOID: | Bank of America | X | Ask My Accou... | -5,796.67 |
| Check | 09/26/2016 | | VOID: | Bank of America | X | Ask My Accou... | 0.00 |
| | | | | | | | 0.00 |

9:13 AM

11/11/16

## Mushroom Express, Inc.
## Vendor QuickReport
### January through December 2016

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **TVT Capital** | | | | | | | |
| Check | 09/08/2016 | 9082... | | Bank of America | X | Payment Proc... | -2,000.00 |
| Check | 09/12/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/13/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/14/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/15/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/16/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/19/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/20/2016 | | | Bank of America | X | TVT CAPITAL | -1,242.00 |
| Check | 09/21/2016 | | VOID: | Bank of America | X | TVT CAPITAL | 0.00 |
| Check | 09/23/2016 | | VOID: | Bank of America | X | TVT CAPITAL | 0.00 |
| Check | 09/26/2016 | | VOID: | Bank of America | X | TVT CAPITAL | 0.00 |

$ 100,000.00

TOTAL $ 10,694.00

Debtor  __Mushroom Express, Inc.__          Case number (if known) __16-6447-CL11__

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | TVT Capital LLC v. Mushroom Express, Inc., et al. 34034/2016 | collection - 9/27/16 Creditor levied on Debtor's bank account and attached $17,066.98. | Supreme Court of New York-Westchester Co | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | Ace Funding Source v. Mushroom Express, Inc., et al. 034073/2016 | collection | Supreme Court of New York Rockland Co. | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

Part 4:  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Part 5:  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

Part 6:  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    __Mushroom Express, Inc._____    Case number (if known)  __16-6447-CL11__

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Judith A. Descalso 960 Canterbury Pl Ste 340 Escondido, CA 92025-3870 | | 10/4/16 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ACE Funding Source 155 S Jefferson St Lancaster, WI 53813-1635 | accounts receivable | 9/9/16 | $110,000.00 |
| | Relationship to debtor none | | | |
| 13.2. | PIRS Capital, LLC 40 Exchange Pl New York, NY 10005-2701 | accounts receivable | 3/22/16 | $100,000.00 |
| | Relationship to debtor none | | | |
| 13.3. | TVT Capital, LLC 122 E 42nd St Rm 2112 New York, NY 10168-2100 | accounts receivable | 9/8/16 | $100,000.00 |
| | Relationship to debtor none | | | |
| 13.4. | CAN Capital Asset Servicing, Inc. 414 W 14th St Fl 3 New York, NY 10014-1013 | security for loan | 2/23/16 | $150,000.00 |
| | Relationship to debtor none | | | |

Debtor    **Mushroom Express, Inc.**    Case number *(if known)*  **16-6447-CL11**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5 | **Yellowstone Capital**<br>**160 Pearl St**<br>**New York, NY 10005-1617** | security in accounts, etc. for loan | 9/9/16 | $80,000.00 |
| | Relationship to debtor<br>none | | | |
| 13.6 | **Forward Financing, LLC**<br>**36 Bromfield St Fl 2**<br>**Boston, MA 02108-5221** | accounts | 9/16 | $147,000.00 |
| | Relationship to debtor<br>none | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

    **Address**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dates of occupancy**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**From-To**

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

    **Facility name and address**　　　　　**Nature of the business operation, including type of services the**　　　**If debtor provides meals**
　　　　　　　　　　　　　　　　　　　**debtor provides**　　　　　　　　　　　　　　　　　　　　　　　**and housing, number of**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**patients in debtor's care**

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

---

Software Copyright (c) 1996-2016 CiN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                            Case number *(if known)*  **16-6447-CL11**

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| Bank of America | Marvin C Donius 410 Stanford St, Watsonville, CA, 95076-3235 | none - acquired box in case debtor had need for it, but have never used it. | ☐ No ■ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

Debtor  **Mushroom Express, Inc.**                                                    Case number *(if known)*  **16-6447-CL11**

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | Bruce Zaer<br>9663 Tierra Grande St Ste 203<br>San Diego, CA 92126-4570 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26b.1. | Stephanie M. Wittrock<br>9663 Tierra Grande St Ste 203<br>San Diego, CA 92126-4570 | |
| Name and address | | Date of service<br>From-To |
| 26b.2. | Nancy Anderson<br>28436 Sunset Rd<br>Valley Center, CA 92082-6006 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Mushroom Express, Inc.**                                    Case number *(if known)*  **16-6447-CL11**

☐ None

**Name and address**

| | |
|---|---|
| 26d.1. | **ACE Funding Source**<br>155 S Jefferson St<br>Lancaster, Wi 53813-1635 |
| 26d.2. | **PIRS Capital, LLC**<br>40 Exchange Pl<br>New York, NY 10005-2701 |
| 26d.3. | **TVT Capital, LLC**<br>122 E 42nd St Rm 2112<br>New York, NY 10168-2100 |
| 26d.4. | **CAN Capital Asset Servicing, Inc.**<br>414 W 14th St Fl 3<br>New York, NY 10014-1013 |
| 26d.5. | **Yellowstone Capital**<br>160 Pearl St<br>New York, NY 10005-1617 |
| 26d.6. | **Forward Financing, LLC**<br>36 Bromfield St Fl 2<br>Boston, MA 02108-5221 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marvin C Donius | 410 Stanford St<br>Watsonville, CA 95076-3235 | President/Sole Shareholder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 CiN Group - www.cincompass.com

Debtor   **Mushroom Express, Inc.**                               Case number *(if known)*   **16-6447-CL11**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | SEE ATTACHED LIST (1/21/14 TO 9/16/16) and attachment to #4 | |
| | Marvin C Donius 410 Stanford St Watsonville, CA 95076-3235 | SEE ATTACHED LISTS | | draws and wages |
| | Relationship to debtor president/shareholder | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                              Employer Identification number of the parent corporation

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                              Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December  1, 2016**

**/s/ Marvin Donius**                              **Marvin Donius**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

2:09 PM
11/11/16
Accrual Basis

Marvin Donius Wages

## Mushroom Express, Inc.
## Transaction Detail By Account
### January through December 2016

SOFA #30.1

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---:|---:|
| **Payroll Expenses** | | | | | | | | | |
| **Officer Salary** | | | | | | | | | |
| General Journal | 03/18/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,680.00 | 1,680.00 |
| General Journal | 03/25/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 3,488.00 |
| General Journal | 04/01/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,680.00 | 5,168.00 |
| General Journal | 04/08/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 6,976.00 |
| General Journal | 04/15/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 8,784.00 |
| General Journal | 04/22/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 10,592.00 |
| General Journal | 04/29/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 2,000.00 | 12,592.00 |
| General Journal | 05/06/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 14,400.00 |
| General Journal | 05/06/2016 | payroll | | OWNER WA... | Overhead | | Employee Wa... | 0.00 | 14,400.00 |
| General Journal | 05/13/2016 | payroll | | owner wager | Overhead | | Employee Wa... | 1,808.00 | 16,208.00 |
| General Journal | 05/20/2016 | payroll | | owner wager | Overhead | | Employee Wa... | 1,808.00 | 18,016.00 |
| General Journal | 05/27/2016 | payroll | | gross wages | Overhead | | Employee Wa... | 1,808.00 | 19,824.00 |
| General Journal | 06/03/2016 | payroll | | owner wager | Overhead | | Employee Wa... | 0.00 | 19,824.00 |
| General Journal | 06/10/2016 | payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 21,632.00 |
| General Journal | 06/10/2016 | | | owner wages | Overhead | | Employee Wa... | 0.00 | 21,632.00 |
| General Journal | 06/17/2016 | | | owner wages | Overhead | | Employee Wa... | 0.00 | 21,632.00 |
| General Journal | 06/17/2016 | | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 23,440.00 |
| General Journal | 06/24/2016 | | | owner wager | Overhead | | Employee Wa... | 2,000.00 | 25,440.00 |
| General Journal | 06/24/2016 | | | owner wages | Overhead | | Employee Wa... | 0.00 | 25,440.00 |
| General Journal | 06/30/2016 | Payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 27,248.00 |
| General Journal | 07/08/2016 | Payroll | | owner wages | Overhead | | Employee Wa... | 1,744.00 | 28,992.00 |
| General Journal | 07/15/2016 | Payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 30,800.00 |
| General Journal | 07/22/2016 | Payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 32,608.00 |
| General Journal | 07/29/2016 | Payroll | | owners wages | Overhead | | Employee Wa... | 2,000.00 | 34,608.00 |
| General Journal | 08/05/2016 | Payroll | | owner wages | Overhead | | Employee Wa... | 1,808.00 | 36,416.00 |
| Paycheck | 08/27/2016 | 7072 | Marvin C Donius | | Overhead | | BOA- Payroll | 1,808.00 | 38,224.00 |
| Paycheck | 08/27/2016 | 7124 | Marvin C Donius | | Overhead | | BOA- Payroll | 0.00 | 38,224.00 |
| Paycheck | 08/30/2016 | 7180 | Marvin C Donius | | Overhead | | BOA- Payroll | 2,000.00 | 40,224.00 |
| Paycheck | 09/03/2016 | 7227 | Marvin C Donius | | Overhead | | BOA- Payroll | 2,000.00 | 42,224.00 |
| Paycheck | 09/13/2016 | 7264 | Marvin C Donius | | Overhead | | BOA- Payroll | 2,000.00 | 44,224.00 |
| Paycheck | 09/16/2016 | 7316 | Marvin C Donius | | Overhead | | BOA- Payroll | 2,000.00 | 46,224.00 |
| Paycheck | 09/23/2016 | 7359 | Marvin C Donius | | Overhead | | BOA- Payroll | 2,000.00 | 48,224.00 |
| Paycheck | 09/30/2016 | 7403 | Marvin C Donius | | Overhead | | BOA- Payroll | 1,900.00 | 50,124.00 |
| Paycheck | 09/30/2016 | 7403 | Marvin C Donius | | Overhead | | BOA- Payroll | 1,808.00 | 51,932.00 |
| Paycheck | 10/07/2016 | 7457 | Marvin C Donius | | Overhead | | BOA- Payroll | 1,900.00 | 53,832.00 |
| **Total Officer Salary** | | | | | | | | 53,832.00 | 53,832.00 |
| **Total Payroll Expenses** | | | | | | | | 53,832.00 | 53,832.00 |
| **TOTAL** | | | | | | | | 53,832.00 | 53,832.00 |

*SOFA 30.1*

## Mushroom Express, Inc.

12/1/2016 5:03 PM

Register: Marvin Donius (Draws/Payments)
From 10/24/2015 through 10/24/2016
Sorted by: Date, Type, Number/Ref

*LOANS/ ADVANCES FROM DONIUS ↓ Increase*      *PAYMENTS TO DONIUS ↓ Decrease*

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|------|--------|-------|---------|------|----------|---|----------|---------|
| 10/30/2015 | | | Bank of America | loan from marvin | 30,000.00 | | | |
| 11/16/2015 | | Marvin C Donius | Bank of America | | 2,000.00 | | | -8,129.43 |
| 11/16/2015 | | Marvin C Donius | Bank of America | | | | 500.00 | -6,129.43 |
| 11/17/2015 | | | Bank of America | | 18,000.00 | | | -6,629.43 |
| 11/23/2015 | | | Bank of America | | 20,000.00 | | | 11,370.57 |
| 11/30/2015 | | Marvin C Donius | Bank of America | withdraw | | | 500.00 | 31,370.57 |
| 12/02/2015 | | Walmart | Meals and Entertainment | out of pocket | 11.63 | | | 30,870.57 |
| 12/07/2015 | | Marvin C Donius | Bank of America | | 20,000.00 | | | 30,882.20 |
| 12/07/2015 | 875 | Marvin C Donius | Bank of America | | | | 20,000.00 | 50,882.20 |
| 12/16/2015 | | | Bank of America | | | | 20,000.00 | 30,882.20 |
| 12/16/2015 | | Marvin C Donius | Bank of America | MD personal c... | 20,000.00 | | | 10,882.20 |
| 12/18/2015 | | | Lot/Property Maintena... | MARVIN PAI... | 268.86 | | | 30,882.20 |
| 01/11/2016 | | Marvin Donius | Bank of America | | 10,000.00 | | | 31,151.06 |
| 01/11/2016 | 4969 | Marvin C Donius | Bank of America [split] | | 10,000.00 | | | 41,151.06 |
| 01/15/2016 | | | Bank of America | | 70,000.00 | | | 51,151.06 |
| 01/22/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 121,151.06 |
| 02/02/2016 | | | Meals and Entertainment | | 58.22 | | | 120,651.06 |
| 02/08/2016 | | Marvin C Donius | Bank of America | MD personal c... | 20,000.00 | | | 120,709.28 |
| 02/16/2016 | | | Bank of America | bank put it in a... | 50,000.00 | | | 140,709.28 |
| 03/01/2016 | | Marvin C Donius | ComData Cash Accoun... | out of pocket | 5,000.00 | | | 190,709.28 |
| 03/01/2016 | | Marvin C Donius | ComData Cash Accoun... | out of pocket | 5,000.00 | | | 195,709.28 |
| 03/26/2016 | | | ComData Cash Account | | 4,000.00 | | | 200,709.28 |
| 03/28/2016 | | Marvin C Donius | Bank of America | | 250.00 | | | 204,709.28 |
| 03/28/2016 | | Marvin Donius | Bank of America | | | | 700.00 | 204,959.28 |
| 03/28/2016 | | cash | Bank of America | | | | 700.00 | 204,259.28 |
| 03/28/2016 | | cash | Bank of America | | | | 5,109.38 | 203,559.28 |
| 04/04/2016 | 917 | | Bank of America | | | | 5,000.00 | 198,449.90 |
| 04/04/2016 | | Marvin Donius | Bank of America | | | | 700.00 | 193,449.90 |
| 04/04/2016 | | Marvin Donius | Bank of America | | | | 700.00 | 192,749.90 |
| 04/04/2016 | | Marvin Donius | Bank of America | | | | 700.00 | 192,049.90 |
| 05/04/2016 | | | Bank of America | | 24,000.00 | | | 191,349.90 |
| 05/06/2016 | | Marvin Donius | Bank of America [split] | withdrawal | | | 500.00 | 215,349.90 |
| 05/12/2016 | | Marvin Donius | Bank of America | | 3,000.00 | | | 214,849.90 |
| 05/16/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 217,849.90 |
| 05/31/2016 | | | Bank of America | personal withdr... | | | 500.00 | 217,349.90 |
| 06/06/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 216,849.90 |
| 06/27/2016 | | | Bank of America | personal withra... | | | 500.00 | 216,349.90 |
| 06/27/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 215,849.90 |
| 06/30/2016 | | Marvin Donius | Bank of America | | | | 700.00 | 215,349.90 |
| 07/01/2016 | | | Bank of America | personal withdr... | | | 500.00 | 214,649.90 |
| | | | | | | | | 214,149.90 |

Page 1

Mushroom Express, Inc.

12/1/2016 5:03 PM

Register: Marvin Donius (Draws/Payments)

From 10/24/2015 through 10/24/2016

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|------|--------|-------|---------|------|----------|---|----------|---------|
| 07/11/2016 | | Marvin Donius | Bank of America | | | | 600.00 | 213,549.90 |
| 07/11/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 213,049.90 |
| 07/11/2016 | | | ComData Cash Accoun... | out of pocket c... | 5,000.00 | | | 218,049.90 |
| 07/11/2016 | | | ComData Cash Accoun... | out of pocket c... | 15,000.00 | | | 233,049.90 |
| 07/11/2015 | | | ComData Cash Accoun... | personal withdr... | | | 500.00 | 232,549.90 |
| 07/13/2016 | | | Bank of America | | 500.00 | | | 233,049.90 |
| 07/25/2016 | | | Bank of America | | | | 500.00 | 232,549.90 |
| 07/29/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 232,049.90 |
| 08/02/2016 | | Marvin Donius | Bank of America | | 5,000.00 | | | 237,049.90 |
| 08/03/2016 | 935 | Marvin C Donius | Bank of America | | | | 2,000.00 | 235,049.90 |
| 08/03/2016 | 934 | Marvin C Donius | Bank of America | | | | 5,000.00 | 230,049.90 |
| 08/04/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 229,549.90 |
| 08/09/2016 | 937 | Marvin C Donius | Bank of America | | | | 3,000.00 | 226,549.90 |
| 08/09/2016 | 936 | Marvin C Donius | Bank of America | | | | 3,000.00 | 223,549.90 |
| 08/16/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 223,049.90 |
| 08/22/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 222,549.90 |
| 08/26/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 222,049.90 |
| 08/26/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 221,549.90 |
| 09/06/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 221,049.90 |
| 09/12/2016 | | Marvin Donius | Bank of America | | | | 500.00 | 220,549.90 |
| 09/13/2016 | 939 | Marvin C Donius | Bank of America | | | | 5,000.00 | 215,549.90 |
| 09/16/2016 | | Marvin C Donius | Bank of America | | | | 500.00 | 215,049.90 |
| 09/28/2016 | | Marvin Donius | BOA- Payroll [split] | Cashier Check | | | 10,000.00 | 205,049.90 |